No. 75–6954.  SCRIVENS *v.* MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 75–6967.  HOLSEY *v.* WATKINS, U. S. DISTRICT JUDGE, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 75–6976.  LOWERY *v.* MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 75–6980.  DAVIS ET AL. *v.* DIRECTOR, PATUXENT INSTITUTION.  Ct. Spec. App. Md.  Certiorari denied.

No. 75–6987.  THOMAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–7004.  BRADDY ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–7006.  ESKEW *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–1.  TAYLOR *v.* UNITED STATES; and
No. 76–11.  HALL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 76–2.  GRIFFIN ET AL. *v.* UNITED STATES.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 76–30.  DIACO ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–31.  EISNER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 76–35.  CHEW ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–43.  CITY OF PHILADELPHIA ET AL. *v.* RUMSFELD, SECRETARY OF DEFENSE, ET AL.  C. A. 3d Cir.  Certiorari denied.